Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Miss SHAWN A. BELL | ) | Case No.  TBA |
| | ) | (to be filled in by the Clerk's Office) |
| ──────────────── | ) | |
| Plaintiff(s) | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) | Jury Trial: (check one) ☑ Yes ☐ No |
| -v- | ) | |
| UNITED STATES GOVERNMENT: CITY OF SPRINGFIELD, MA c/o MAYOR (SARNO) Springfield Police Dept | ) ) ) ) | FILED IN CLERK'S OFFICE 2018 AUG 14 PM 2:18 U.S. DISTRICT COURT DISTRICT OF MASS. |
| Defendant(s) | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Miss SHAWN A. BELL |
   | Street Address | HOMELESS PO BOX 51891 |
   | City and County | BOSTON; SUFFOLK COUNTY |
   | State and Zip Code | MASSACHUSETTS 02205 |
   | Telephone Number | (617) 869-8565 |
   | E-mail Address | N/A |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

Name ~~UNITIED STATES GOVERNMENT~~ CITY OF SPRINGFIELD
Job or Title *(if known)* MAYOR/SPRINGFIELD ~~POLICE DEPARTMENT~~
Street Address 36 COURT STREET
City and County SPRINGFIELD; HAMPDEN COUNTY
State and Zip Code SPRINGFIELD 01103
Telephone Number (413) 736-3111
E-mail Address *(if known)*

Defendant No. 2

Name ~~N/A~~ Springfield Police Dept
Job or Title *(if known)* Officers
Street Address 130 Pearl St
City and County Springfield  HAMPDEN county
State and Zip Code MA  01105
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name N/A
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name N/A
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

VIOLATION OF 4th AMMENDMENT- Right to Privacy, Freedom, Life Without Interference of the Government; VIOLATION OF 5th AMMENDMENT-"Privilege Against Self-Incrimination Sect. 511 (a) (1); VIOLATION OF 8th AMMENDEMNT- Cruel & Unusual Punishment; NEGLIGENCE

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* NOT APPLICABLE, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* NOT APPLICABLE, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* NOT APPLICABLE, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.     If the defendant is a corporation

The defendant, *(name)* NOT APPLICABLE , is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)* .

Or is incorporated under the laws of *(foreign nation)* and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

$500, 000 (FIVE HUNDRED THOUSAND DOLLARS) MEDICAL EXPENSES (AMBULANCE TO EMERGENCY ROOM, TESTS, SHOTS, PREVENTIVE TREATMENT, PAIN, SUFFERING, NEGLIGENCE OF SPD OFFICERS, UNCESSARY HARDSHIP. COULDN'T RENEW MY BOSTON CHARLIE DISABILITY T.A.P. ID WHICH EXPIRED AUGUST 10, 2018

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. SPD Officers RETALIATION because I exercised my right to "NOT SELF-INCRIMINATE 5TH AMENDMENT-SECT. 511 (A) (1) 4 DAYS from arrest to fingerprint & photo; 2.) SPD Officers VIOLATED 4th AMENDMENT Privacy invaded at Spfld Union Station (black) SPD Officer gave my MA DTA EBT CARD to Random Security guard who took a picture of it with her PERSONAL phone; SPD Officers in Crusier 136 left my belongings unattended at Berth 20; DENIED FREEDOM 3.) 8th AMENDMENT Catabolysis-Violation Starvation/Dehydration for 4 days I ask for ice/refuse; VAGINAL INFECTION-SPD Officers placed toilet paper under RUSTY cell door touching RUSTY DOOR & DIRTY FLOOR; TETANUS SHOT; BMC ER

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

RETURN OF ALL BELOGNINGS PVTA Disability ID, Boston CHARLIE CARD T.A.P. ID (exp. AUG. 10, 2018), MA DTA EBT CARD; maroon bag, DKNY purse, plastic bag, miniature backpack, phones/electronics etc) NO FURTHER HARASSMENT & DISCRIMINATION BY PETER PAN BUS COMPANY (PICKNELLY OWN)-WHICH IS NOW PUBLIC TRANSPORTATION AS IT JOINED FORCES WITH CITY OF SPRINGFIELD; REFUND TOWARD NEW TICKET TO BOSTON; $500K FOR PUNITIVE DAMAGES, PAIN & SUFFERING & NEGLIGENCE; WAIVER LETTER TO BOSTON'S CHARLIE STORE TO RENEW EXPIREDV MBTA CHARLIE CARD

*SEE PREVIOUS PAGE

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/14/2018

Signature of Plaintiff: PRO SE: *Miss Shawn Bell*

Printed Name of Plaintiff: Miss SHAWN A. BELL (Motion to Appoint Pro Bono Counsel filed)

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: NOT APPLICABLE

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Street Address:

State and Zip Code:

Telephone Number:

E-mail Address: